IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MARY SHANNON WALKER )<br>)<br>   Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC., et al. )<br>)<br>   Defendants. )<br>) | **CASE NO. 7:12-CV-00564-JCT** |

**NOTICE OF APPEARANCE**

PLEASE take notice that, on this seventeenth day of December, 2012, Jeffrey A. Travers of the Miller Firm, LLC , hereby enters his appearance as counsel of record for Plaintiff in the above captioned matter.

Respectfully submitted this 17th day of December, 2012

                                                      Counsel for Plaintiff

                                                      /s/ Jeffrey A. Travers
                                                      JEFFREY A. TRAVERS, ESQUIRE
                                                      Bar Number: 77409
                                                      Michael J. Miller, Esquire
                                                      The Miller Firm LLC
                                                      108 Railroad Avenue
                                                      Orange, VA 22960
                                                      Phone (540) 672-4224
                                                      Fax (540) 672-3055

                                                      Willard J. Moody, Jr., Esquire
                                                      500 Crawford Street, Suite 200
                                                      Portsmouth, VA 23705

(757) 393-6020
(757) 399-3019 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by first class mail, postage prepaid, to those indicated as non-registered participants on this date.

Dated: December 17, 2012

/s/ Jeffrey A. Travers
JEFFREY A. TRAVERS, ESQUIRE
Bar Number: 77409
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone (540) 672-4224
Fax (540) 672-3055