UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARY SHARON WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 7:12-CV-00564 |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY, INC., d/b/a NEW ENGLAND ) | |
| COMPOUNDING CENTER, ) | |
| ) | |
| and ) | |
| ) | |
| IMAGE GUIDED PAIN MANAGEMENT, ) | |
| P.C., d/b/a INSIGHT IMAGING - ) | |
| ROANOKE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

Respectfully submitted,
Defendant New England Compounding Pharmacy, Inc.
By its Attorneys,

 /s/
Rebecca S. Herbig
Bowman and Brooke LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:   804.649.8200
Facsimile:   804.649.1762
E-mail:   rebecca.herbig@bowmanandbrooke.com

Date:   December 26, 2012

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

Willard J. Moody, Jr., Esquire
500 Crawford Street, Suite 200
Portsmouth, Virginia 23705
(757) 393-6020
(757) 399-3019

Michael J. Miller, Esquire
The Miller Firm, LLC
The Sherman Building
108 Railroad Ave.
Orange, Virginia 22960
(540) 672-3055
*Counsel for Plaintiff*

/s/
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:     804.649.8200
Facsimile:      804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center*