UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARY SHARON WALKER,<br><br>Plaintiff<br><br>v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC., ET AL,<br><br>Defendants. | Civil Action No.<br>7:12CV00564<br><br>N O T I C E |

**TAKE NOTICE** that the proceeding in the above-styled case has been scheduled as indicated below:

| Type of Proceeding: | Hearing on Motions to Dismiss Rule 12(b)(1) and 12(b)(6) | |
|---|---|---|
| **Place**<br>U.S. District Court<br>246 Franklin Rd., S.W.<br>Roanoke, VA 24011-2214 | **Date and Time Scheduled**<br>Wednesday, April 18, 2013,<br>beginning at 10:30 A.M. | **Date and Time Continued to** |

James C. Turk,
Senior U.S. District Judge

By: s/Shirley Simpson,
JUDICIAL ASSISTANT

Dated: March 11, 2013

cc:  Mr. Jeffrey A. Travers
     Mr. Michael J. Miller
     Mr. Willard J. Moody, Jr.
     Ms. Rebecca S. Herbig
     Mr. Michael P. Gardner
     Clerk's Office – Roanoke, Va.