**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| MARY SHARON WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., D/B/A/ NEW ENGLAND COMPOUNDING CENTER,<br><br>and<br><br>IMAGE GUIDED PAIN MANAGEMENT, P.C., D/B/A INSIGHT IMAGING ROANOKE,<br><br>    Defendants. | Civil Action No: 7:12CV00564 |

### PLAINTIFF'S RESPONSE TO DEFENDANT IMAGE GUIDED PAIN MANAGEMENT, P.C. D/B/A INSIGHT IMAGING ROANOKE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant Image Guided Pain Management, P.C., D/B/A Insight Imaging, has filed a motion to dismiss on the grounds that this Court lacks subject matter jurisdiction over this matter. Defendant's motion essentially argues that subject matter jurisdiction is lacking because Plaintiff's claims do not raise any substantive issues of federal law. Defendant further relies on the opinion of Judge Saylor in the District of Massachusetts in *Carey v. New England Compounding Pharmacy, Inc.*, in which Judge Saylor concluded that the resolution of the plaintiff's claims "does not require the resolution of a substantial question of federal law."

Plaintiff does not disagree with Defendant's core analysis, which is nearly identical to the arguments previously set forth in Plaintiff's Motion to Remand to Roanoke Circuit Court, and

1

which are hereby incorporated by reference. However, to the extent this Court lacks subject matter jurisdiction, an outright dismissal, which is what Defendant appears to be seeking, would be improper. Rather, the appropriate remedy would be to remand this case back to the Roanoke Circuit Court where it was initially filed.

        Respectfully Submitted by:

        /s/ Jeffrey Travers
        THE MILLER FIRM, LLC
        Jeffrey Travers, Esq. VSB #77409
        108 Railroad Ave.
        Orange, VA 22960
        Phone: (540) 672-4224
        Fax: (540) 672-3055
        jtravers@millerfirmllc.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that electronic notice and service will be completed through the ECF system to all counsel of record.

        /s/ Jeffrey Travers, Esq.

        Jeffrey Travers, Esq. VSB # 77409