IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MARY SHARON WALKER   (7:12CV564)**<br>**BASIL E. PROFFITT   (7:12CV615)**<br><br>vs.<br><br>**NEW ENGLAND COMPOUNDING PHARMACY, INC., et al.,** | Action No:   7:12CV564, 615<br>Date:   4/18/2013<br>Judge:   James C. Turk<br>Court Reporter:   Carol Jacobs<br>Deputy Clerk:   S. Sakalas |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Jeffrey Travers, both plaintiffs | IGPM: Michael Gardner & Nancy Reynolds,<br>NECP, Inc.: Rebecca Herbig |

LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
Hearing on Defendant Image Guided Pain Management, P.C. (IGPM)   Motions to Dismiss [7:12CV564 - 14, 16]   & [7:12CV615 – 10, 12]

Defendant IGPM argues as to both cases.   Plaintiff responds.   Defendant IGPM final argue.   Plaintiff responds.

Total time in court:   27 minutes. 10:30-10:57