CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 03 2013

JULIA C. DUDLEY, CLERK
BY:
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARY SHARON WALKER, ) | |
| ) | |
| Plaintiff, ) | Civil Action Nos.: 7:12-cv-564; |
| v. ) | 7:12-cv-615 |
| ) | |
| NEW ENGLAND COMPOUNDING ) | **ORDER** |
| PHARMACY INC. et al., ) | |
| ) | Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |
| ) | |
| BASIL E. PROFFITT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| NEW ENGLAND COMPOUNDING ) | |
| PHARMACY INC. et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that these two cases are **STAYED** until the JPML has ruled on the pending transfer actions and Judge Saylor has ruled on the Trustee's Motion to Transfer. If both tribunals rule against transfer, any of the parties may move the Court to lift the stay and issue a ruling on the motions to remand and dismiss.

The Clerk is directed to send copies of this order to counsel of record for all parties.

ENTER: This 3rd day of May, 2013.

Hon. James C. Turk
Senior United States District Judge