CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 30 2013

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARY SHARON WALKER,<br><br>    Plaintiff,<br>v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY INC. et al.,<br><br>    Defendants.<br><br>BASIL E. PROFFITT,<br><br>    Plaintiff,<br>v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY INC. et al.,<br><br>    Defendants. | Civil Action Nos.: 7:12-cv-564;<br>7:12-cv-615<br><br>**ORDER**<br><br>Hon. James C. Turk<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the Motions for Reconsideration (ECF Nos. 28, 27) are **DENIED**.

The Clerk is directed to send copies of this order to counsel of record for all parties.

ENTER: This 30th day of May, 2013.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge